UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CINDY GILMORE,

        Plaintiff,

    v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

        Defendant.

_____/

No. C 13-0178 PJH

**ORDER RE CHAMBERS COPIES**

Defendant in the above-captioned case has failed to provide the court with chambers copies of the motion for judgment (Dkt. 51), declaration of Paula McGee and attached exhibits (Dkt. 51-1), request for judicial notice (Dkt. 52), and declaration of Terri Morris (Dkt. 53), as required by Civil Local Rule 5-1(e)(7). Defendant is directed to provide chambers copies of these documents by **12:00pm** on **February 20, 2014**. Defendant is further directed to review this court's standing order, which specifies the proper format for submission of chambers copies.

**IT IS SO ORDERED.**

Dated: February 19, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge