UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CINDY GILMORE,

    Plaintiff,

    v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

    Defendant.
_____/

No. C 13-0178 PJH

**JUDGMENT**

    This action came on for hearing before the court and the issues having been duly heard and the court having granted in part plaintiff's motion for judgment, and denied defendant's motion for judgment on plaintiff's first cause of action

    it is Ordered and Adjudged

    that judgment is entered in favor of plaintiff Cindy Gilmore, and against defendant Liberty Life Assurance Company of Boston.

    **IT IS SO ORDERED.**

Dated: April 24, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge